UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
ALLSTATE INSURANCE COMPANY,   :
                              :    **ORDER OF**
            Plaintiff,        :    **DISCONTINUANCE**
                              :
    -against-                 :    07 Civ. 2924 (SAS)
                              :
JAMAL A. HORRY, et al.,       :
                              :
            Defendants.       :
------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

  The parties having notified the Court that they have reached a resolution of this action,

  IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

  Plaintiff's counsel is directed to serve a copy of this Order upon his adversary.

SO ORDERED:

_/s/ Shira A. Scheindlin_
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
    June 12, 2007

## - Appearances -

**For Plaintiff:**

Jeffrey H. Ward, Esq.
Law Offices of Jeffrey H. Ward
2 Village Court
Hazlet, New Jersey 07730
(732) 888-2003